UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>             Plaintiff,<br><br>    v.<br><br>SILVERCREEK YUBA I, LLC, et al.,<br><br>             Defendants. | Case No. 21-cv-05907-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 31 |

Plaintiff has filed a notice of settlement. ECF No. 31. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: May 16, 2022

                                            JON S. TIGAR
                                  United States District Judge